WILLIAMINA HENDERSON HAMILTON, Respondent, v. ROYAL INDEMNITY COMPANY, Appellant, Impleaded with Another.— Order granting plaintiff's motion for examination of defendant Royal Indemnity Company, through its president, and

for discovery and inspection, affirmed, with ten dollars costs and disbursement:; examination to proceed on five days' notice at same place and hour. No opinion. Lazansky, P. J., Young, Kapper, Hagarty and Carswell, JJ., concur.